Walker v. Driscoll—Pet. Docket No. 67 *—denied. Opinion of the Court of Special Appeals unreported (No. 1908, Sept. Term, 2014).

White, Aaron v. State of Maryland—Pet. Docket No. 169 *—denied. Dismissed by the Court of Special Appeals (No. 2907, Sept. Term, 2015).

White, Mario Malik v. State of Maryland—Pet. Docket No. 174 *—denied. Opinion of the Court of Special Appeals unreported (No. 591, Sept. Term, 2015).

Wilkinson, William D. v. State of Maryland—Pet. Docket No. 71 *—denied. (No. 127045C, Circuit Court for Montgomery County.)

Williams, Steven Donnell v. State of Maryland—Pet. Docket No. 178 *—denied. Opinion of the Court of Special Appeals unreported (No. 2421, Sept. Term, 2014).

## Denied July 19, 2016

Greenwald v. O'Sullivan—Pet. Docket No. 214 *—denied. Dismissed by the Court of Special Appeals (No. 2220, Sept. Term, 2015).

---

\* September Term, 2016